# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

COREY JONES                                                                                                PLAINTIFF
ADC #180289

v.                                           4:22-cv-00487-KGB-JJV

TILLER, Doctor,
Pulaski County Regional Detention Facility; *et al.*                                         DEFENDANTS

## RECOMMENDED DISPOSITION

The following Recommended Disposition ("Recommendation") has been sent to United States District Judge Kristine G. Baker. Any party may serve and file written objections to this Recommendation. Objections should be specific and include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. Your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of this Recommendation. Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

**I.    DISCUSSION**

In May 2022, Corey Jones ("Plaintiff") filed this *pro se* action alleging his constitutional rights, as protected by 42 U.S.C. § 1983, were violated while he was a pretrial detainee in the Pulaski County Regional Detention Facility. (Doc. 2.) On July 15, 2022, I entered a Partial Recommended Disposition suggesting Plaintiff be allowed to proceed with inadequate medical care and racial discrimination claims, as set forth in his Second Amended Complaint, against Defendants Dr. Tilley, Nurse Miller, and Deputy Reed in their personal capacities only. (Docs. 9, 14.) And I recommended all other claims and Defendants be dismissed without prejudice.

(*Id*.) That Partial Recommended Disposition remains pending.

Sometime thereafter, Plaintiff was transferred to the Arkansas Division of Correction. But he has not always maintained a valid service address with the Clerk, as required by Local Rule 5.5(c)(2). Thus, on May 24, 2023, the Honorable Kristine G. Baker, United States District Judge, issued a Show Cause Order directing Plaintiff to submit "a written filing with the Court on or before June 23, 2023, as to why the Court should not dismiss this case" for failure to comply with Local Rule 5.5(c)(2). (Doc. 39 at 2.) Plaintiff has not complied with that Order, and the time to do so has expired.

On June 20, 2023, a Notice of Docket Correction mailed to Plaintiff at his last known address, which was the Ouachita River Unit, was returned undelivered. (Doc. 48.) However, the Show Cause Order, which was also mailed to Plaintiff at the Ouachita River Unit on May 24, 2023, has not been returned to the Court. (Doc. 39.) This suggests Plaintiff received the Show Cause Order but chose not to respond and then transferred to another Unit without updating his mailing address as required by Local Rule 5.5(c)(2). Without a current mailing address, it would be futile to grant Plaintiff an extension of time to comply with the Show Cause Order. Finally, I note Plaintiff did not respond to either of the pending Motions for Summary Judgment, which may mean he has lost interest in pursuing this case. (Docs. 32, 43.) For these reasons, I recommend this case be dismissed without prejudice due to a lack of prosecution. *See* Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2).

## II.     CONCLUSION

IT IS, THEREFORE, RECOMMENDED that:

1. The Second Amended Complaint (Doc. 9) be DISMISSED without prejudice due to a lack of prosecution, and this case be CLOSED.

2. Defendants' Motions for Summary Judgment (Docs. 32, 43) be DISMISSED without prejudice.

3. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting this Recommendation and the accompanying Judgment would not be taken in good faith.

DATED this 6th day of July 2023.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE