IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**COREY JONES**                                                                                    **PLAINTIFF**
**ADC # 180289**

v.                             Case No. 4:22-cv-00487-KGB-JJV

**TILLER,** *et al*.                                                                                **DEFENDANTS**

## ORDER

Before the Court are the Partial Recommended Disposition and Recommended Disposition of United States Magistrate Judge Joe J. Volpe (Dkt. Nos. 14; 49). Plaintiff Corey Jones has not filed any objections to either the Partial Recommended Disposition or the Recommended Disposition, and the time to file objections has passed. After careful consideration, the Court concludes that both the Partial Recommended Disposition and Recommended Disposition should be, and hereby are, adopted in their entirety as the Court's findings in all respects.

The Court narrowed Mr. Jones' claims as a result of the Partial Recommended Disposition the Court adopted (Dkt. No. 14). Now, at this stage of the litigation, the Court dismisses without prejudice Mr. Jones' second amended complaint for failure to prosecute. Local Rule of the United States District Court for the Eastern and Western Districts of Arkansas 5.5(c)(2). The Court denies the requested relief and certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith. Because this Court dismisses Mr. Jones' second amended complaint and all of his claims, defendants' pending motions for summary judgment are denied as moot (Dkt. Nos. 32; 43).

It is so ordered this 21st day of March, 2024.

_____
Kristine G. Baker
Chief United States District Judge