IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**COREY JONES**                                                                                                  **PLAINTIFF**
**ADC # 180289**

v.                                      Case No. 4:22-cv-00487-KGB-JJV

**TILLER,** *et al*.                                                                                              **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that this action is dismissed without prejudice. The relief requested is denied. Pursuant to 28 U.S.C. § 1915(a)(3), an *in forma pauperis* appeal would not be taken in good faith.

It is so adjudged this 21st day of March, 2024.

_____
Kristine G. Baker
Chief United States District Judge